ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
JASON A. PIKLER S.B.N. 245722
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
jpikler@schubertlawfirm.com

JEFFREY M. NORTON
ROY SHIMON
HARWOOD FEFFER LLP
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
jnorton@hfesq.com
rshimon@hfesq.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEITH AND YING FORSTER, SONYA FOSTER, GREGORY MCNUTT, WENDY SCRIBNER, MICHELLE WILKINSON, DANA MOODY, FLORIN MOLDOVAN, JOHN JONES and MARTINE SONON-JONES, RALPH and NANCY IANNUZZI, BRYAN WEISZ, ALMA QUEZADA, and TODD and LISA PHILLIPS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO & CO., WELLS FARGO HOME MORTGAGE, and WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT PURSUANT TO RULE 15; (2) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; AND (3) TAKING DEFENDANTS' PENDING MOTION TO DISMISS OFF CALENDAR**<br><br>**LOCAL RULE 6-2** |

Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, the parties hereby submit this stipulation extending the deadline for Plaintiffs to file a First Amended Complaint, pursuant to Rule 15(a)(1)(B), to March 30, 2011.  Additionally, the parties stipulate to extend the deadline for Defendants to respond to Plaintiffs' First Amended Complaint to April 29, 2011.  In light of the agreement, Defendants' pending motion to dismiss is moot and should be taken off calendar.  The accompanying declaration of Willem F. Jonckheer sets forth the reason for the requested extension and the effect of the extension on the case schedule.

Dated:  February 22, 2011           SCHUBERT JONCKHEER & KOLBE LLP

  /s/ Willem Jonckheer
By:  Willem F. Jonckheer

Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220

HARWOOD FEFFER LLP
JEFFREY M. NORTON
ROY SHIMON
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Fax: (212) 753-3630

*Counsel for Plaintiffs*


Dated:  February 22, 2011           SEVERSON & WERSON

  /s/ Jon D. Ives
By:  Jon D. Ives

One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  (415) 398-3344
Fax: (415) 956-0439

*Counsel for Defendants*

STIP. AND [PROP.] ORDER EXTENDING TIME FOR PLS TO FILE FAC AND FOR DEFS TO RESPOND; AND TAKING DEFS' MTD OFF CALENDAR                                                                                                 Case No. CIV 10-cv-05321 RS

1

# **ATTESTATION OF FILER**

I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 22, 2011        SCHUBERT JONCKHEER & KOLBE LLP

By:      /s/Jason A. Pikler
                Jason A. Pikler

Counsel for Plaintiffs

# **ORDER**

Good cause appearing, pursuant to the stipulation of the parties, IT IS SO ORDERED:

1.   Plaintiffs shall file their First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), by March 30, 2011.

2.   Defendants shall file a responsive pleading or motion by April 29, 2011.

3.   Defendants' motion to dismiss Plaintiffs' initial class action complaint, scheduled for hearing on March 31, 2011, is removed from the Court's calendar.

Ordered this  22nd day of  February , 2011

_____
The Honorable Richard Seeborg
United States District Court Judge

STIP. AND [PROP.] ORDER EXTENDING TIME FOR PLS TO FILE FAC AND FOR DEFS TO RESPOND; AND TAKING DEFS' MTD OFF CALENDAR                                                                    Case No. CIV 10-cv-05321 RS

2