ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
JASON A. PIKLER S.B.N. 245722
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
jpikler@schubertlawfirm.com

JEFFREY M. NORTON (*Pro Hac Vice* Application to Be Filed)
ROY SHIMON (*Pro Hac Vice* Application to Be Filed)
HARWOOD FEFFER LLP
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
jnorton@hfesq.com
rshimon@hfesq.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, SONYA FOSTER, GREGORY MCNUTT, WENDY SCRIBNER, MICHELLE WILKINSON, DANA MOODY, FLORIN MOLDOVAN, JOHN JONES and MARTINE SONON-JONES, RALPH and NANCY IANNUZZI, BRYAN WEISZ, ALMA QUEZADA, and TODD and LISA PHILLIPS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO & CO., WELLS FARGO HOME MORTGAGE, and WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND PLEADING DEADLINES; (2) SET BRIEFING SCHEDULE; AND (3) CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT<br><br>**Pursuant to Standing Order Re: Initial Case Management Conference and L.R. 6-2, 16-2(e) and 7-12** |

STIPULATION AND [PROP.] ORDER TO EXTEND PLEADING DEADLINES; SET BRIEFING SCHEDULE; AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CIV 10-cv-05321 RS

1  WHEREAS on November 23, 2010, Plaintiffs filed a class action complaint against Defendants Wells Fargo & Co., Wells Fargo Home Mortgage, and Wells Fargo Bank, N.A. (collectively, "Wells Fargo") d/b/a America's Servicing Company ("ASC").

WHEREAS on February 1, 2011, the Court issued an order reassigning the case to the Honorable Richard Seeborg and set the date for the Case Management Conference for April 14, 2011.

WHEREAS on February 7, 2011, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREAS on February 22, 2011, the Court issued a stipulated order extending the deadline for Plaintiffs to file a First Amended Complaint to March 30, 2011, and extending the deadline for Defendants to respond to Plaintiffs' First Amended Complaint to April 29, 2011.

WHEREAS the parties subsequently conferred and agreed that these deadlines should be further amended.  The accompanying declaration of Willem F. Jonckheer sets forth the reason for the amendment and the effect of the extension on the case schedule.

WHEREAS, the parties additionally believe it would be premature for the Court to conduct the Case Management Conference on April 14, 2011, prior to the current (and proposed amended) deadline for Defendants to respond to Plaintiffs' First Amended Complaint.

WHEREAS, the parties believe the Case Management Conference should be held after the Court has resolved Defendants' anticipated motion to dismiss Plaintiff's First Amended Complaint so that the parties can address case management issues with the Court based on the scope of Plaintiffs' remaining claims.

//
//
//
//
//
//
//

STIPULATION AND [~~PROP~~.] ORDER TO EXTEND PLEADING DEADLINES; SET BRIEFING SCHEDULE; AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CIV 10-cv-05321 RS

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, and subject to the Court's approval:

1. The deadlines set forth in the Court's February 22, 2011 Order shall be amended as follows:

    a. Plaintiffs shall file the First Amended Complaint on or before April 6, 2011;

    b. Defendants shall respond to the First Amended Complaint within forty-five (45) days;

    c. Plaintiffs shall have forty-five (45) days to oppose Defendants' anticipated motion to dismiss; and

    d. Defendants shall have thirty (30) days to reply.

2. The Case Management Conference currently scheduled for April 14, 2011 shall be continued until such time as the Court has resolved Defendants' anticipated motion to dismiss.

Dated: March 28, 2011                                      SCHUBERT JONCKHEER & KOLBE LLP

    /s/ Willem Jonckheer
By:  Willem F. Jonckheer

Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220

HARWOOD FEFFER LLP
JEFFREY M. NORTON
ROY SHIMON
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Fax: (212) 753-3630

*Counsel for Plaintiffs*

STIPULATION AND [P̶R̶O̶P̶.] ORDER TO EXTEND PLEADING DEADLINES; SET BRIEFING SCHEDULE; AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CIV 10-cv-05321 RS

2

Dated: March 28, 2011                SEVERSON & WERSON

                                     ___/s/ Jon D. Ives_____
                                     By: Jon D. Ives

                                     One Embarcadero Center, Suite 2600
                                     San Francisco, California 94111
                                     Telephone: (415) 398-3344
                                     Fax: (415) 956-0439

                                     *Counsel for Defendants*


## ATTESTATION OF FILER

I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: March 28, 2011                SCHUBERT JONCKHEER & KOLBE LLP


                                     By:  _____/s/Jason A. Pikler_____
                                              Jason A. Pikler

                                     Counsel for Plaintiffs

STIPULATION AND [PROP.] ORDER TO EXTEND PLEADING DEADLINES; SET BRIEFING SCHEDULE; AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CIV 10-cv-05321 RS

3

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

1. Plaintiffs shall file the First Amended Complaint on or before April 6, 2011.

2. Defendants shall respond to First Amended Complaint within forty-five (45) days thereafter.

3. If Defendants move to dismiss: (a) Plaintiffs shall have forty-five (45) days to oppose Defendants' motion to dismiss; and (b) Defendants shall have thirty (30) days to reply.

4. The Case Management Conference currently scheduled for April 14, 2011 is continued ~~until such time as the Court has resolved Defendants' anticipated motion to dismiss~~ to October 20, 2011 at 10:00 a.m.

Ordered this __28th__ day of __March__, 2011

_____
The Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [~~PROP~~.] ORDER TO EXTEND PLEADING DEADLINES; SET BRIEFING SCHEDULE; AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CIV 10-cv-05321 RS

4