ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
JASON A. PIKLER S.B.N. 245722
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
jpikler@schubertlawfirm.com

JEFFREY M. NORTON (*Pro Hac Vice* Application to Be Filed)
ROY SHIMON (*Pro Hac Vice* Application to Be Filed)
HARWOOD FEFFER LLP
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
jnorton@hfesq.com
rshimon@hfesq.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEITH AND YING FORSTER, WENDY SCRIBNER, MICHELLE WILKINSON, DANA MOODY, FLORIN MOLDOVAN, BRYAN WEISZ, ALMA QUEZADA, and TODD and LISA PHILLIPS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO & CO., WELLS FARGO HOME MORTGAGE, and WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND EXTEND DEADLINE FOR REPLY MEMORANDUM**<br><br>**Pursuant to L.R. 6-2, 7-7(b), and 7-12** |

1   WHEREAS on November 23, 2010, Plaintiffs filed a class action complaint against
2  Defendants Wells Fargo & Co., Wells Fargo Home Mortgage, and Wells Fargo Bank, N.A.
3  (collectively, "Wells Fargo") d/b/a America's Servicing Company ("ASC").

4   WHEREAS on February 1, 2011, the Court issued an order reassigning the case to the
5  Honorable Richard Seeborg.

6   WHEREAS on February 7, 2011, Defendants filed a motion to dismiss the complaint
7  pursuant to Federal Rule of Civil Procedure 12(b)(6).

8   WHEREAS on February 22, 2011 (Docket No. 17), the Court issued a stipulated order
9  extending the deadline for Plaintiffs to file a First Amended Complaint to March 30, 2011, and
10 extending the deadline for Defendants to respond to Plaintiffs' First Amended Complaint to April
11 29, 2011.

12  WHEREAS on March 28, 2011 (Docket No. 21), the Court issued a stipulated order
13 extending the deadline for Plaintiffs to file the First Amended Complaint for an additional 7 days;
14 establishing a briefing schedule for Defendants' anticipated motion to dismiss the First Amended
15 Complaint; and continuing the Case Management Conference to October 20, 2011.

16  WHEREAS the parties subsequently conferred and agreed to request that the Court continue
17 the hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint from August 25,
18 2011 to October 6, 2011, and to extend the deadline for Defendants to file their reply memorandum
19 in support of their motion to September 1, 2011.  The accompanying declaration of Jason A. Pikler
20 sets forth the reason for these amendments and the effect of the extension on the case schedule.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROP.] ORDER TO CONTINUE HEARING DATE AND EXTEND DEADLINE FOR REPLY
Case No. CIV 10-cv-05321 RS

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, and subject to the Court's approval:

1. The deadline set forth in the Court's March 28, 2011 Order shall be amended as follows: Defendants shall have until September 1, 2011, to file their reply memorandum in support of their motion to dismiss Plaintiffs' First Amended Complaint.

2. The hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint, currently scheduled for August 25, 2011, shall be continued until October 6, 2011.

Dated:  August 8, 2011            SCHUBERT JONCKHEER & KOLBE LLP

     /s/ Willem Jonckheer
By:  Willem F. Jonckheer

Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220

HARWOOD FEFFER LLP
JEFFREY M. NORTON
ROY SHIMON
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Fax: (212) 753-3630

*Counsel for Plaintiffs*

Dated:  August 8, 2011            SEVERSON & WERSON

     /s/ Jon D. Ives
By:  Jon D. Ives

One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  (415) 398-3344
Fax: (415) 956-0439

*Counsel for Defendants*

**ATTESTATION OF FILER**

I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 8, 2011                           SCHUBERT JONCKHEER & KOLBE LLP

                                                By:      /s/Jason A. Pikler
                                                            Jason A. Pikler

                                                Counsel for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

1. Defendants shall file their reply memorandum in support of their motion to dismiss Plaintiffs' First Amended Complaint on or before September 1, 2011.

2. The hearing on Defendants' pending motion to dismiss Plaintiffs' First Amended Complaint, currently scheduled for August 25, 2011, is continued until October 6, 2011, at 1:30 p.m.

Ordered this __9th__ day of __August__, 2011

_____
The Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROP.] ORDER TO CONTINUE HEARING DATE AND EXTEND DEADLINE FOR REPLY
Case No. CIV 10-cv-05321 RS

3