ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE (S.B.N. 214392)
mkolbe@schubertlawfirm.com
JASON A. PIKLER (S.B.N. 245722)
jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*Pro Hac Vice*)
jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A.
(sued also as Wells Fargo Home Mortgage
d/b/a America's Servicing Company)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, and MICHELLE WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

1 WHEREAS, on November 23, 2010, Plaintiffs filed a class action complaint against 2 Defendants Wells Fargo & Co., Wells Fargo Home Mortgage, and Wells Fargo Bank, N.A. 3 (collectively, "Wells Fargo") d/b/a America's Servicing Company ("ASC");

4 WHEREAS, the Court issued an order reassigning the case to the Honorable Richard 5 Seeborg on February 1, 2011;

6 WHEREAS, Wells Fargo filed a motion to dismiss the complaint on February 7, 7 2011 (Docket No. 7);

8 WHEREAS, on February 22, 2011, the Court issued a stipulated order extending the 9 deadline for Plaintiffs to file a First Amended Complaint to March 30, 2011, and extending the 10 deadline for Defendants to respond to Plaintiffs' First Amended Complaint to April 29, 2011 11 (Docket No. 17);

12 WHEREAS, on March 28, 2011, the Court issued a stipulated order extending the 13 deadline for Plaintiffs to file a First Amended Complaint to April 6, 2011, setting a briefing 14 schedule for Wells Fargo's anticipated motion to dismiss, and continuing the Case Management 15 Conference to October 20, 2011 (Docket No. 21);

16 WHEREAS, on August 9, 2011, the Court issued a stipulated order extending Wells 17 Fargo's time to file its reply memorandum in support of its motion to dismiss to September 1, 2011, 18 and continuing the hearing on the motion from August 25, 2011, to October 6, 2011 (Docket No. 19 29);

20 WHEREAS, the Court heard oral argument on Wells Fargo's motion to dismiss 21 Plaintiffs' First Amended Complaint on October 6, 2011, and took the matter under submission;

22 WHEREAS, on October 12, 2011, the Court issued a clerk's notice continuing the 23 Case Management Conference from October 20, 2011, to December 22, 2011 (Docket No. 36);

24 WHEREAS, on October 18, 2011, the Court issued an order granting in part and 25 denying in part Wells Fargo's motion to dismiss Plaintiffs' First Amended Complaint (Docket No. 26 37);

27 WHEREAS, the parties submitted a Joint Case Management Conference Statement 28 on December 15, 2011 (Docket No. 41);

STIP. AND [PROP.] ORDER TO STAY CASE PENDING MEDIATION
Case No. CIV 10-cv-05321 RS

1

WHEREAS, the Court held the Initial Case Management Conference on December 22, 2011, and issued a minute order providing that the anticipated motion for class certification shall be heard by December 6, 2012;

WHEREAS, while the Court has not issued a formal Scheduling Order, the parties have acted in accordance with the deadlines set forth in their proposed scheduling order submitted with their Joint Case Management Conference Statement;

WHEREAS, in early March 2012, the parties began discussions regarding the use of mediation to resolve the action;

WHEREAS, the parties have now scheduled a formal mediation with Edward A. Infante of JAMS on August 29, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, subject to the Court's approval, that (a) the entire action is stayed; and (b) the parties will submit a report on the status of the mediation and the continued propriety of the stay by September 28, 2012, that will include a proposed Scheduling Order to set forth revised case deadlines, if needed.

Dated: June 26, 2012                    SCHUBERT JONCKHEER & KOLBE LLP

   /s/ Willem Jonckheer_____
By:  Willem F. Jonckheer

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
MIRANDA P. KOLBE
JASON A. PIKLER
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

STIP. AND [PROP.] ORDER TO STAY CASE PENDING MEDIATION
Case No. CIV 10-cv-05321 RS

2

Dated:  June 26, 2012                           SEVERSON & WERSON

                                                 /s/ Kalama M. Lui-Kwan
                                                By:  Kalama M. Lui-Kwan

                                                MARK D. LONERGAN
                                                MICHAEL J. STEINER
                                                KALAMA M. LUI-KWAN
                                                JON D. IVES
                                                One Embarcadero Center, Suite 2600
                                                San Francisco, California  94111
                                                Telephone:  (415) 398-3344
                                                Facsimile: (415) 956-0439

                                                *Counsel for Defendants*

## ATTESTATION OF FILER

I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: June 26, 2012                            SCHUBERT JONCKHEER & KOLBE LLP

                                                By:         /s/Jason A. Pikler
                                                           Jason A. Pikler

                                                Counsel for Plaintiffs

STIP. AND [PROP.] ORDER TO STAY CASE PENDING MEDIATION
Case No. CIV 10-cv-05321 RS

3

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

1. The entire action shall be stayed; and
2. The parties shall submit a report on the status of the mediation and the continued propriety of the stay by September 28, 2012, that will include a proposed Scheduling Order to set forth revised case deadlines, if needed.

Ordered this  27th  day of June , 2012

_____

The Honorable Richard Seeborg
United States District Court Judge

STIP. AND [PROP.] ORDER TO STAY CASE PENDING MEDIATION
Case No. CIV 10-cv-05321 RS

4