ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE (S.B.N. 214392)
mkolbe@schubertlawfirm.com
JASON A. PIKLER (S.B.N. 245722)
jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*Pro Hac Vice*)
jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A.*
*(sued also as Wells Fargo Home Mortgage*
*d/b/a America's Servicing Company)*

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, and MICHELLE WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**PARTIES' JOINT STATUS REPORT ON MEDIATION; STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY** |

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Pursuant to the Court's September 28, 2012 Order to Continue Stay (Dkt. No. 46), Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel, submit the following status report on (1) the parties' efforts to resolve the case through private mediation and (2) the continued propriety of the stay:

In the parties' prior joint status report, filed on September 28, 2012 (Dkt. No. 45), the parties informed the Court that they intended to continue working with the Honorable Edward A. Infante on reaching a settlement, based on the parties' agreement on a possible framework for settlement. To that end, the parties agreed to exchange certain additional documents and materials for settlement purposes and to engage in another mediation with Judge Infante after these materials had been analyzed. The parties proposed to provide a status update to the Court by November 27, 2012, as to the progress of the mediation and the continued propriety of the stay.

On October 2, 2012, Plaintiffs provided Wells Fargo with requests for documents and information relevant to the proposed settlement framework. The parties, through their respective counsel, discussed these requests in a conference call on November 7, 2012, and Wells Fargo produced more than 1,500 pages of documents on November 15, 2012. Plaintiffs intend to review and analyze these documents as quickly as possible and determine whether any additional materials or information are needed prior to engaging in further mediation. The parties agree that a negotiated settlement continues to be a viable goal and seek to afford the parties additional time to engage in the settlement process.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, subject to the Court's approval, that (a) the entire action shall remain stayed; and (b) the parties will submit a further report on the status of the mediation and the continued propriety of the stay by February 25, 2013 [*i.e.*, within 90 days], that will include a proposed Scheduling Order to set forth revised case deadlines, if needed.

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1

2    Dated:  November 20, 2012                    Respectfully submitted,

3                                                 SCHUBERT JONCKHEER & KOLBE LLP

4                                                 ___/s/ Willem Jonckheer_____

5                                                  By:  Willem F. Jonckheer

6                                                 ROBERT C. SCHUBERT
                                                  WILLEM F. JONCKHEER
7                                                 MIRANDA P. KOLBE
                                                  JASON A. PIKLER
8                                                 Three Embarcadero Center, Suite 1650
                                                  San Francisco, California  94111
9                                                 Telephone:  (415) 788-4220
                                                  Facsimile: (415) 788-0161
10

11                                                JEFFREY M. NORTON
                                                  NEWMAN FERRARA LLP
12                                                1250 Broadway, 27th Fl.
                                                  New York, NY 10001
13                                                Telephone: (212) 619-5400
                                                  Facsimile: (212) 619-3090

14                                                *Counsel for Plaintiffs*

15

16   Dated:  November 20, 2012                    SEVERSON & WERSON

17                                                __/s/ Kalama M. Lui-Kwan_____

18                                                By:  Kalama M. Lui-Kwan

19                                                MARK D. LONERGAN
                                                  MICHAEL J. STEINER
20                                                KALAMA M. LUI-KWAN
                                                  JON D. IVES
21                                                One Embarcadero Center, Suite 2600
                                                  San Francisco, California  94111
22                                                Telephone:  (415) 398-3344
23                                                Facsimile: (415) 956-0439

24                                                *Counsel for Defendants*

25

26

27

28

PARTIES' JOINT STATUS REPORT ON MEDIATION; STIP. AND [PROP.] ORDER TO CONTINUE STAY
Case No. CIV 10-cv-05321 RS

1

## ATTESTATION OF FILER

2      I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been

3  obtained from each of the other signatories.

4

5  Dated: November 20, 2012                    SCHUBERT JONCKHEER & KOLBE LLP

6                                              By: _____/s/Jason A. Pikler_____

7                                                      Jason A. Pikler

8                                              Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1

**[~~PROPOSED~~] ORDER**

2   Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

3       1.  The entire action shall remain stayed; and

4       2.  The parties shall submit a further report on the status of the mediation and the

5           continued propriety of the stay by February 25, 2013 [*i.e.*, within 90 days], that will

6           include a proposed Scheduling Order to set forth revised case deadlines, if needed.

7

8

9                                   November
    Ordered this __21st__ day of _____, 2012

10

11   _____

12   The Honorable Richard Seeborg
     United States District Court Judge