ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE (S.B.N. 214392)
mkolbe@schubertlawfirm.com
JASON A. PIKLER (S.B.N. 245722)
jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*Pro Hac Vice*)
jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A.
(sued also as Wells Fargo Home Mortgage
d/b/a America's Servicing Company)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, and MICHELLE WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br>**PARTIES' JOINT STATUS REPORT ON MEDIATION; STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STAY** |

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Pursuant to the Court's November 21, 2012 Order (Dkt. No. 48), Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel, submit the following status report on (1) the parties' efforts to resolve the case through private mediation and (2) the continued propriety of the stay:

The parties have agreed to engage in a second mediation with the Honorable Edward A. Infante, scheduled for April 2, 2013. The parties continue to believe that a negotiated settlement is a viable goal and seek additional time to engage in the settlement process.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, subject to the Court's approval, that (a) the entire action shall remain stayed; and (b) the parties will submit a further report on the status of the mediation and the continued propriety of the stay by May 27, 2013 [*i.e.*, within 90 days], that will include a proposed Scheduling Order to set forth revised case deadlines, if needed.

Dated:  February 25, 2013                             Respectfully submitted,

SCHUBERT JONCKHEER & KOLBE LLP

___/s/ Willem Jonckheer_____
By:  Willem F. Jonckheer

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
MIRANDA P. KOLBE
JASON A. PIKLER
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

PARTIES' JOINT STATUS REPORT ON MEDIATION; STIP. AND [PROP.] ORDER TO CONTINUE STAY
Case No. CIV 10-cv-05321 RS

1

| | |
|---|---|
| Dated:  February 25, 2013 | SEVERSON & WERSON |
| | __/s/ Kalama M. Lui-Kwan_____ |
| | By:  Kalama M. Lui-Kwan |
| | MARK D. LONERGAN |
| | MICHAEL J. STEINER |
| | KALAMA M. LUI-KWAN |
| | JON D. IVES |
| | One Embarcadero Center, Suite 2600 |
| | San Francisco, California  94111 |
| | Telephone:  (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| | *Counsel for Defendants* |

## ATTESTATION OF FILER

I, Jason A. Pikler, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: February 25, 2013 | SCHUBERT JONCKHEER & KOLBE LLP |
| | By: _____/s/Jason A. Pikler_____ |
| | Jason A. Pikler |
| | Counsel for Plaintiffs |

PARTIES' JOINT STATUS REPORT ON MEDIATION; STIP. AND [~~PROP.~~]ORDER TO CONTINUE STAY
Case No. CIV 10-cv-05321 RS

2

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

1. The entire action shall remain stayed; and
2. The parties shall submit a further report on the status of the mediation and the continued propriety of the stay by May 27, 2013 [*i.e.*, within 90 days], that will include a proposed Scheduling Order to set forth revised case deadlines, if needed.

Ordered this  26TH  day of  February , 2013

_____

The Honorable Richard Seeborg
United States District Court Judge