ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE (S.B.N. 214392)
mkolbe@schubertlawfirm.com
JASON A. PIKLER (S.B.N. 245722)
jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*Pro Hac Vice*)
jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A.
(sued also as Wells Fargo Home Mortgage
d/b/a America's Servicing Company)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, and MICHELLE WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. CIV 10-cv-05321 RS<br><br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER** |

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER
Case No. CIV 10-cv-05321 RS

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1    WHEREAS, this action was filed on November 23, 2010, and the First Amended Complaint was

2    filed on April 6, 2011;

3    WHEREAS, by Order dated October 18, 2011, the Court granted in part and denied in part

4    Defendant's Motion to Dismiss the First Amended Complaint;

5    WHEREAS, Defendant answered the First Amended Complaint on November 28, 2011;

6    WHEREAS, by Orders dated June 27, 2012, September 28, 2012, November 21, 2012 and

7    February 25, 2013, the case was stayed pending mediation;

8    WHEREAS, mediation has now concluded and no settlement was reached;

9    WHEREAS, the parties have met and conferred regarding case management issues, including a

10   schedule for Plaintiffs' anticipated Motion for Class Certification;

11   THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

12       1.    Plaintiffs' Motion for Class Certification shall be filed on October 18, 2013.

13       2.    Defendant's opposition to Plaintiffs' Motion for Class Certification shall be filed on

14             December 19, 2013, with depositions of Plaintiffs' experts, if any, to be completed

15             within a reasonable time before this deadline.

16       3.    Plaintiffs' reply in support of their Motion for Class Certification shall be filed by

17             February 3, 2014, with depositions of Defendant's experts, if any, to be completed

18             within a reasonable time before this deadline.

19       4.    The hearing on Plaintiffs' Motion for Class Certification shall be held on February

20             20, 2014 at 1:30 p.m.

21       5.    The parties shall meet and confer on further case management issues following the

22             Court's Order on Plaintiffs' Motion for Class Certification.

23

24

25   Dated:  June 10, 2013                          Respectfully submitted,

26                                                  SCHUBERT JONCKHEER & KOLBE LLP

27                                                  ___/s/ Willem F. Jonckheer_____
                                                    By:  Willem F. Jonckheer
28

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER
Case No. CIV 10-cv-05321 RS

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
MIRANDA P. KOLBE
JASON A. PIKLER
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

Dated:  June 10, 2013

SEVERSON & WERSON
A Professional Corporation

____/s/ Kalama M. Lui-Kwan_____
By:  Kalama M. Lui-Kwan

MARK D. LONERGAN
MICHAEL J. STEINER
KALAMA M. LUI-KWAN
JON D. IVES
One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

Ordered this 10th day of June, 2013

_____
The Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER
Case No. CIV 10-cv-05321 RS

2