ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE (S.B.N. 214392)
mkolbe@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*Pro Hac Vice*)
jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A.
(sued also as Wells Fargo Home Mortgage
and America's Servicing Company)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, and MICHELLE WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO BANK, N.A., (SUED ALSO AS WELLS FARGO HOME MORTGAGE AND AMERICA'S SERVICING COMPANY),<br><br>Defendant. | Case No. CIV 10-cv-05321 RS<br><br>**JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
Case No. CIV 10-cv-05321 RS

WHEREAS, this action was filed on November 23, 2010, and the First Amended Complaint was filed on April 6, 2011;

WHEREAS, by Order dated October 18, 2011, the Court granted in part and denied in part Defendant's Motion to Dismiss the First Amended Complaint;

WHEREAS, Defendant answered the First Amended Complaint on November 28, 2011;

WHEREAS, Plaintiffs Keith and Ying Forster and Michelle Wilkinson and Defendant Wells Fargo Bank, N.A. (sued also as Wells Fargo Home Mortgage and America's Servicing Company) have reached a settlement in principle, and are in the process of negotiating the settlement documents. The settlement is inclusive of all parties and all claims on an individual basis.

WHEREAS, by stipulated order dated June 10, 2013, the Court set a schedule for Plaintiffs' Motion for Class Certification.

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. All dates set by the June 13, 2013 stipulated order [docket no. 54] are vacated.
2. By November 15, 2013, the parties shall dismiss the case, or provide a joint status report to the Court regarding the status of the settlement documents.

Dated: October 11, 2013           Respectfully submitted,

SCHUBERT JONCKHEER & KOLBE LLP

___/s/ Willem F. Jonckheer_____
By: Willem F. Jonckheer

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
MIRANDA P. KOLBE
JASON A. PIKLER
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001

JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
Case No. CIV 10-cv-05321 RS

1

Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

Dated: October 11, 2013

SEVERSON & WERSON
A Professional Corporation

___/s/ Kalama M. Lui-Kwan_____
By:  Kalama M. Lui-Kwan

MARK D. LONERGAN
MICHAEL J. STEINER
KALAMA M. LUI-KWAN
JON D. IVES
One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant*

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED:

Ordered this __15th__ day of October, 2013

_____
The Honorable Richard Seeborg
United States District Court Judge

JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
Case No. CIV 10-cv-05321 RS

2

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220