1  ROBERT C. SCHUBERT (S.B.N. 62684)
   rschubert@schubertlawfirm.com
2  WILLEM F. JONCKHEER (S.B.N. 178748)
   wjonckheer@schubertlawfirm.com
3  MIRANDA P. KOLBE (S.B.N. 214392)
   mkolbe@schubertlawfirm.com
4  JASON A. PIKLER (S.B.N. 245722)
   jpikler@schubertlawfirm.com
5  SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
6  San Francisco, California 94111
   Telephone: (415) 788-4220
7  Facsimile: (415) 788-0161

8  JEFFREY M. NORTON (*Pro Hac Vice*)
   jnorton@nfllp.com
9  NEWMAN FERRARA LLP
   1250 Broadway, 27th Fl.
10 New York, NY 10001
   Telephone: (212) 619-5400
11 Facsimile: (212) 619-3090

12 *Counsel for Plaintiffs*

MARK D. LONERGAN (S.B.N. 143622)
mdl@severson.com
MICHAEL J. STEINER (S.B.N. 112079)
mjs@severson.com
KALAMA M. LUI-KWAN (S.B.N. 242121)
kml@severson.com
JON D. IVES (S.B.N. 230582)
jdi@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Counsel for Defendant Wells Fargo Bank, N.A. (sued also as Wells Fargo Home Mortgage and America's Servicing Company)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH AND YING FORSTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, AND AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No.: 10-cv-05321 RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having
2  entered into a written settlement agreement resolving the claims at issue in this action ("Action"),
3  plaintiffs Keith and Ying Forster and Michelle Wilkinson ("Plaintiffs") and defendant Wells Fargo
4  Bank, N.A. (sued also as Wells Fargo Home Mortgage and America's Servicing Company)
5  ("Wells Fargo") stipulate and request the Court to enter judgment in this case as follows:

6  1.  Dismissing the entire action with prejudice as to all parties and as to all causes of
7  action.

8  2.  Retaining jurisdiction over Plaintiffs and Wells Fargo to enforce the settlement in
9  full of all its terms.

10  3.  Unless otherwise provided by the parties' settlement agreement, the parties shall
11  bear their own fees and costs incurred in connection with the matter.

12  DATED:  December 11, 2013            SCHUBERT JONCKHEER & KOLBE LLP

13                                      By:      /s/ Willem F. Jonckheer
                                                 Willem F. Jonckheer
14
                                        Attorneys for Plaintiffs
15

16  DATED:  December 11, 2013            SEVERSON & WERSON
                                         A Professional Corporation
17
                                        By:      /s/ Kalama M. Lui-Kwan
18                                               Kalama M. Lui-Kwan

19                                      Attorneys for Defendant
                                        Wells Fargo Bank, N.A. (sued also as
20                                      Wells Fargo Home Mortgage and
                                        America's Servicing Company)
21

22  I, Willem F. Jonckheer, am the ECF user whose identification and password are being used
    to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.
23
                                                /s/ Willem F. Jonckheer
24                                              Willem F. Jonckheer

25

26  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

27  DATED: 12/12/13                      _____
                                         THE HONORABLE RICHARD SEEBORG
28                                       UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL